**Edras Naun CRUZ-MONTOYA, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

**No. 16-70396**

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2017 *

Filed June 2, 2017

James Gun Kim, Attorney, JK Law Group, Norwalk, CA, for Petitioner

OIL, Melissa Lynn Neiman-Kelting, Senior Litigation Counsel, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: THOMAS, Chief Judge, and SILVERMAN and RAWLINSON, Circuit Judges.

MEMORANDUM **

Edras Naun Cruz-Montoya, a native and citizen of Honduras, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") decision denying his motion for a continuance. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the agency's denial of a continuance. *Ahmed v.*

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

*Holder,* 569 F.3d 1009, 1012 (9th Cir. 2009). We deny the petition for review.

The agency did not abuse its discretion in denying Cruz-Montoya's motion for a continuance for lack of good cause. *See* 8 C.F.R. §§ 1003.29, 1003.31(c); *Ahmed,* 569 F.3d at 1012 (factors considered in determining whether the denial of a continuance constitutes an abuse of discretion include the reasonableness of the immigrant's conduct).

The record does not support Cruz-Montoya's contention that the BIA ignored his arguments and failed to analyze relevant factors. *See Najmabadi v. Holder,* 597 F.3d 983, 990 (9th Cir. 2010) (the BIA must "merely ... announce its decision in terms sufficient to enable a reviewing court to perceive that it has heard and thought and not merely reacted" (citation omitted)).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.